# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:04-CR-00080-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| ROGER CARL MCFARLAND, JR., | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| DAIMLER TRUCKS NORTH AMERICA, LLC, | ) |
| Garnishee. | ) |

For the reasons stated therein and for good cause shown, the Government's Motion for Dismissal of Order of Continuing Garnishment (Doc. 155) is **GRANTED**, and the Order of Continuing Garnishment (Do. 153) is **TERMINATED**.

Signed: January 3, 2024

W. Carleton Metcalf
United States Magistrate Judge

1